LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

JEFFREY A. GRISWOLD  2712-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  jgriswold@lbchlaw.com

Attorney for Defendant
URGENT CARE MAUI, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA LAFORGE, ) | CIVIL NO. CV 08-00370-DAE-BMK |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE |
| vs. ) | |
| ) | |
| GUARDIAN CAPITOL ) | |
| MANAGEMENT HAWAII, LLC and ) | |
| URGENT CARE MAUI, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to F.R.Civ.P. 41 (1) (A) (ii)

and L.R. 41.1, Local Rules of Practice for the United States District Court for the

District of Hawaii, by and among the parties hereto, through their respective

counsel, that the above-entitled action be dismissed with prejudice.  This dismissal is effective as to all claims to all parties.  Each party agrees to bear her or its own attorneys' fees and costs.  There are no remaining parties and/or issues, and all claims against all parties in this action have now been resolved.

DATED:  Honolulu, Hawaii,  May 27, 2009  .

/s/ Jeffrey A. Griswold
JEFFREY A. GRISWOLD
Attorney for Defendant
URGENT CARE MAUI, INC.

DATED:  Honolulu, Hawaii,  May 29, 2009  .

/s/ John Harris Paer
JOHN HARRIS PAER
BRUCE H. WAKUZAWA
Attorneys for Plaintiff
LISA LAFORGE

DATED:  Honolulu, Hawaii,  May 28, 2009  .

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
GUARDIAN CAPITAL
MANAGEMENT HAWAII, LLC

APPROVED AND SO ORDERED.
DATED:  Honolulu, Hawaii, June 15, 2009.

David Alan Ezra
United States District Judge

17911 STIP 01 PJG

2